

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

December 12, 2024

Brady Warfield Mills, Esq.
Donald Bertrand Cameron, Jr., Esq.
Eugene Degnan, Esq.
Jordan L. Fleischer, Esq.
Julie Clark Mendoza, Esq.
Mary Shannon Hodgins, Esq.
Nicholas C. Duffey, Esq.
Rudi Will Planert. Esq.
Morris, Manning & Martin, LLP
1333 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036
Email:       bmills@mmmlaw.com
             dcameron@mmmlaw.com
             edegnan@mmmlaw.com
.            jfleischer@mmmlaw.com
             jmendoza@mmmlaw.com
             mhodgins@mmmlaw.com
             nduffey@mmmlaw.com
             wplanert@mmmlaw.com


Ryan R. Migeed, Esq
Morris, Manning & Martin, LLP
1401 Eye Street, NW.
Suite 600
Washington, DC 20005
Email: rmigeed@mmmlaw.com

Yujin Kim McNamara, Esq.
Daniel Martin Witkowski, Esq.
Devin Scott Sikes, Esq.
Sung Un K. Kim, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW
Washington, DC 20006
Email:       ymcnamara@akingump.com

        dwitkowski@akingump.com
        dsikes@akingump.com
        sungun.kim@akingump.com

Emma E. Bond, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:    emma.e.bond@usdoj.gov

Jesus Nieves Saenz, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Room 3613
Washington, DC 20230-0001
Email:    jesus.saenz@trade.gov

Alan Hayden Price, Esq.
Adam Milan Teslik, Esq.
Christopher Bright Weld, Esq.
Derick G. Holt, Esq.
Enbar Toledano, Esq.
Maureen Elizabeth Thorson, Esq.
Paul A. Devamithran, Esq.
Theodore Paul Brackemyre, Esq.
Wiley Rein, LLP
2050 M Street, NW
Washington, DC 20036
Email:    aprice@wiley.law
        ateslik@wiley.law
        cweld@wiley.law
        dholt@wiley.law
        etoledano@wiley.law
        mthorson@wiley.law
        pdevamithran@wiley.law
        tbrackemyre@wiley.law

Re: *Hyundai Steel Company v. United States*
    Court No. 23-00211

Dear Counsel:

It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Tuesday, December 17, 2024. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Monday, December 16, 2024 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

Thank you for your assistance.

Sincerely,

 /s/ Claire R. Kelly
 Claire R. Kelly, Judge