

UNITED STATES COURT OF INTERNATIONAL TRADE  
ONE FEDERAL PLAZA  
NEW YORK, NY 10278-0001

CHAMBERS OF  
Claire R. Kelly  
Judge

August 12, 2025

Eugene Degnan, Esq.  
Brady Warfield Mills, Esq.  
Donald Bertrand Cameron, Jr., Esq.  
Edward John Thomas, III, Esq.  
Jordan L. Fleischer, Esq.  
Julie Clark Mendoza, Esq.  
Mary Shannon Hodgins, Esq.  
Nicholas C. Duffey, Esq.  
Rudi Will Planert, Esq.  
Morris, Manning & Martin, LLP  
1333 New Hampshire Avenue, NW  
Suite 800  
Washington, DC 20036  
    Email:    edegnan@mmmlaw.com  
                   bmills@mmmlaw.com  
                   dcameron@mmmlaw.com  
                   ethomas@mmmlaw.com  
.                jfleischer@mmmlaw.com  
                   jmendoza@mmmlaw.com  
                   mhodgins@mmmlaw.com  
                   nduffey@mmmlaw.com  
                   wplanert@mmmlaw.com

Ryan R. Migeed, Esq  
Morris, Manning & Martin, LLP  
1401 Eye Street, NW  
Suite 600  
Washington, DC 20005  
Email: rmigeed@mmmlaw.com

Yujin Kim McNamara, Esq.
Daniel Martin Witkowski, Esq.
Devin Scott Sikes, Esq.
Sung Un K. Kim, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW
Washington, DC 20006
Email:      ymcnamara@akingump.com
            dwitkowski@akingump.com
            dsikes@akingump.com
            sungun.kim@akingump.com

Emma E. Bond, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:      emma.e.bond@usdoj.gov

Charlie Chung, Esq.
Jesus Nieves Saenz, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Room 3613
Washington, DC 20230-0001
Email:      charlie.chung@trade.gov
            jesus.saenz@trade.gov

Alan Hayden Price, Esq.
Adam Milan Teslik, Esq.
Christopher Bright Weld, Esq.
Derick G. Holt, Esq.
Enbar Toledano, Esq.
Maureen Elizabeth Thorson, Esq.
Paul A. Devamithran, Esq.
Theodore Paul Brackemyre, Esq.
Wiley Rein, LLP
2050 M Street, NW
Washington, DC 20036
Email:      aprice@wiley.law
            ateslik@wiley.law
            cweld@wiley.law

        dholt@wiley.law
        etoledano@wiley.law
        mthorson@wiley.law
        pdevamithran@wiley.law
        tbrackemyre@wiley.law

Re:   *Hyundai Steel Company v. United States*
      Court No. 23-00211

Dear Counsel:

     It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Tuesday, August 19, 2025. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Monday, August 18, 2025 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

     Thank you for your assistance.

                                       Sincerely,

                                       /s/ Claire R. Kelly
                                       Claire R. Kelly, Judge