IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **HYUNDAI STEEL COMPANY,**<br>　　　　　　**Plaintiff,**<br>　　and<br>**GOVERNMENT OF THE REPUBLIC OF KOREA,**<br>　　　　　　**Plaintiff-Intervenor,**<br>　　v.<br>**UNITED STATES,**<br>　　　　　　**Defendant,**<br>　　and<br>**NUCOR CORPORATION,**<br>　　　　　　**Defendant-Intervenor.** | **Before: Hon. Claire R. Kelly,**<br>　　　　　　**Judge**<br><br>**Court No. 23-00211** |

**DEFENDANT-INTERVENOR NUCOR CORPORATION'S RESPONSE REGARDING DOUBLE-BRACKETING OF THE COURT'S OPINION AND ORDER**

Pursuant to the Court's instructions in its Letter dated August 12, 2025, ECF No. 80, Defendant-Intervenor Nucor Corporation ("Nucor") respectfully submits this response regarding the double-bracketing of information included in the Court's Opinion and Order, also dated August 12, 2025, ECF No. 79. Nucor has reviewed the confidential Opinion and Order and is not aware of any additional information that should be double-bracketed, or of any double-bracketed information that is not confidential and should be treated as public.

**Court No. 23-00211**

                                              Respectfully submitted,

                                              */s/ Derick G. Holt*
                                              Alan H. Price, Esq.
                                              Christopher B. Weld, Esq.
                                              Derick G. Holt, Esq.
                                              Paul A. Devamithran, Esq.

                                              **WILEY REIN LLP**
                                              2050 M Street, NW
                                              Washington, DC 20036
                                              (202) 719-7000

                                              *Counsel for Nucor Corporation*

Dated: August 18, 2025