

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

May 18, 2026

Brady Warfield Mills, Esq.
Donald Bertrand Cameron, Jr., Esq.
Edward John Thomas, III, Esq.
Eugene Degnan, Esq.
Jordan L. Fleischer, Esq.
Julie Clark Mendoza, Esq.
Mary Shannon Hodgins, Esq.
Nicholas C. Duffey, Esq.
Rudi Will Planert, Esq.
Taft Stettinius & Hollister LLP
1333 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036
Email:     bmills@mmmlaw.com
           dcameron@mmmlaw.com
           ethomas@mmmlaw.com
           edegnan@mmmlaw.com
.           jfleischer@mmmlaw.com
           jmendoza@mmmlaw.com
           mhodgins@mmmlaw.com
           nduffey@mmmlaw.com
           wplanert@mmmlaw.com

Yujin Kim McNamara, Esq.
Daniel Martin Witkowski, Esq.
Devin Scott Sikes, Esq.
Sung Un K. Kim, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW
Washington, DC 20006
Email:     ymcnamara@akingump.com
           dwitkowski@akingump.com
           dsikes@akingump.com
           sungun.kim@akingump.com

Tara Kathleen Hogan, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:        tara.hogan@usdoj.gov

Charlie Chung, Esq.
Jesus Nieves Saenz, Esq.
Karl John Mueller, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Room 3613
Washington, DC 20230-0001
Email:        charlie.chung@trade.gov
              jesus.saenz@trade.gov
              Karl.Mueller@trade.gov

Alan Hayden Price, Esq.
Adam Milan Teslik, Esq.
Christopher Bright Weld, Esq.
Derick G. Holt, Esq.
Enbar Toledano, Esq.
Maureen Elizabeth Thorson, Esq.
Paul A. Devamithran, Esq.
Theodore Paul Brackemyre, Esq.
Wiley Rein, LLP
2050 M Street, NW
Washington, DC 20036
Email:        aprice@wiley.law
              ateslik@wiley.law
              cweld@wiley.law
              dholt@wiley.law
              etoledano@wiley.law
              mthorson@wiley.law
              pdevamithran@wiley.law
              tbrackemyre@wiley.law

Re:    *Hyundai Steel Company v. United States*
       Court No. 23-00211

Dear Counsel:

It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Tuesday, June 2, 2026. The court has double-bracketed information that was designated as confidential in the underlying record.  However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Monday, June 1, 2026 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version.  If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

Thank you for your assistance.

Sincerely,

 /s/ Claire R. Kelly
 Claire R. Kelly, Judge