**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| HYUNDAI STEEL COMPANY,<br><br>    **Plaintiff,**<br><br> **and**<br><br>GOVERNMENT OF THE REPUBLIC OF KOREA,<br><br>    **Plaintiff-Intervenor,**<br><br>  **v.**<br><br>UNITED STATES,<br><br>    **Defendant,**<br><br> **and**<br><br>NUCOR CORPORATION,<br><br>    **Defendant-Intervenor.** | **Before: Hon. Claire R. Kelly,**<br>   **Judge**<br><br>**Court No. 23-00211** |

**DEFENDANT-INTERVENOR NUCOR CORPORATION'S RESPONSE REGARDING BRACKETING OF THE COURT'S OPINION AND ORDER**

Pursuant to the Court's instructions in its letter dated May 18, 2026, ECF No. 127, Defendant-Intervenor Nucor Corporation ("Nucor") respectfully submits this response regarding the bracketing of information included in the Court's Opinion and Order, also dated May 18, 2026, ECF No. 126. Nucor has reviewed the confidential Opinion and Order and is not aware of any additional information that should be bracketed, or of any bracketed information that is not confidential and should be treated as public.

**Court No. 23-00211**

Respectfully submitted,

*/s/ Derick G. Holt*
Alan H. Price, Esq.
Christopher B. Weld, Esq.
Derick G. Holt, Esq.
Paul A. Devamithran, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel for Nucor Corporation*

Dated: June 1, 2026

2